Name _Tamisha lewis-Junge_

Mailing address _3748 Aldren Circle_

City, State, Zip _Anchorage AK 99517_

Telephone _907-615-0060_

RECEIVED

OCT 21 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Tamisha lewis-Junge_,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Anchorage Alaska Court Sytem (Nesbet Bonet)_
_Alaska State Troopers_,
_U.S Air Force_,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-291-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _Tamisha lewis-Junge_
(print your name)

who presently resides at _3748 Aldren Circle Anchorage, AK_.
(mailing address)

were violated by the actions of the individual(s) named below.

2.  <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Alaska Court System (Email √name)* is a citizen of

*Alaska*, and is employed as a *Courthouse*.
(state)                                          (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Alaska State Trooper* is a citizen of

*Alaska*, and is employed as a *Officer's*.
(state)                                          (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, *U.S Air Force* is a citizen of

*Alaska*, and is employed as a *Officers*.
(state)                                          (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C.  Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary.  Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **2015·2025** _____, my civil right to
_(Date)_

~~Freedom~~ Freedom from Cruel and Onusal punishments
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by **Anchorage Alaska Court System (Emails)**
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I'm going through my old emails
that the nesbett courthouse, Boney
Courthouse sent me. I tried to
print them off at the libary
but it won't print. So I
copied and pasted them and
this hidden messages in my
court assiged emails, maybe
in everyone that was sent
to me.

I got them not in english but
some russian hidden messages,
a Al NUSarh (terrist) one too.

They went through old files
for my family members and
are lying about why they did
that and what there doing by
makieing up false records.

*Claim 1: 5A* (handwritten)

Recommended for
approval:

2025.

*This a russian one* (handwritten)

**March** (handwritten)

*I got a At Nusaм one* (handwritten)

**сала** (handwritten)

### 3/18/2025

*marriage OCS, Air Force Judge* (handwritten)

Robert Polley

Date

Ian Wheeles

*It was a hidden message, from a court doc that I copied and pasted at the libary* (handwritten)

Superior Court
Master

SUPERIOR COURT JUDGE

I certify that
on

### 3/21/2025

a copy of this document was sent to (list names):

Tamisha S Lewis-Junge

Corey A Junge

Clerk: F

FINDINGS OF FACT AND CONCLUSIONS OF LAW BI-
FURCATED DIVORCE

Page 3 of 3 SHC-550 and SHC-
555 (1/06)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

AT

ANCHORAGE

}



lard's

Darryl Payne
FEB 4, 2023

13

Share



5B

Somebody that's
been hiding
with technology
at the Courthouse
might have gotten
into some files
and is claiming
this is our father
he is not,

What lawyer
did team set
up at Boney
for last hearing
involving Robert
Barton



5C

| | |
|---|---|
| Case Type: | Dissolution w/out Children (3AN) |
| Case Status: | Closed |
| File Date: | 03/17/2009 |
| Action: | |
| Dissolution Without Children - Superior Court | |
| Case Judge: | Suddock, John |
| Next Event: | |

*Why am I watching (at this time frame) footage (in face) of my mother being attacked by somebody She's going through a divorce with back in 2009*

## All Information ≡

### Party Information

**Payne, Darryl Anthony** - Petitioner

DOB

Disposition

Disp Date

Alias

Party Attorney

**Kakaruk- Payne, Shirlee Ann** - Co-Petitioner

DOB

Disposition

Disp Date

Alias

NKA Kakaruk, Shirlee Ann

Party Attorney

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 04/20/2009 10:00 AM | Courtroom | Dissolution Hearing | Held | Lack, John |

 


This don't
come from
my bloodline,
or anybody
my family member
or friends of
family (come from)

# Andrew Payne

~ How come
from lewis?
(As it claimed
he was Alkebu)

**Send Flowers**

**Follow**        **Share**



Obituary



Guest Book

What is team
doing talking
about "Angle"
a white man
making him



Obituary   Show Support   Guest Book

View more records for Payne on
Ancestry.com®

Sponsored

🔖 Obituary  ♥ Memories

Where was Tamisha in 2002?

Andrew Evan Payne
December 6 2002 - May 24, 2025

On the evening of Saturday, May 24, 2025, our beloved son and brother, Andrew Evan Payne passed through the veil into the lov... arms of our Savior, Jesus Christ at twenty two years of age. Andrew had been plagu by kidney failure for the majority of his life well as several other medical ailments. Though we will miss him dearly, we are happy for him to shed his broken body an return to his heavenly home. We know we see him again.

Technology team think they witches/god?

They were sick to claim things of lawhorne, lewis? (dialysis)

The person that wrote his obituary was sick and mad?

Andrew was born on December 6, 2002, in Minneapolis, Minnesota, to Shawn Bryan and Kasondra Lynn Payne. He was the second of three children, with an older brother Jacob, and younger sister Rebekah.

Had 3 of front picture of him? (How was the mother bloodline)

Andrew and his family moved to Logan, Utah About a year and a half after he was born, where he lived the remainder of his life. He attended the Utah School for the Blind in Ogden, and he graduated in 2023. He spent the next two years in a post high school program at Logan High to prepare him f further education and employment. At t time of h...

How did he graduate as a blind sick man?

How was he employed as a blind sick man?



**5F**

Obituary    Memories

congestive heart failure and a litany of other
health problems he faced during his life. He
was diagnosed with chronic kidney disease
when he was only eight years old. In an
attempt to correct his bladder and kidney
problems Andrew was subjected to a series
of procedures and operations which
culminated in a kidney transplant in 2015.
Unfortunately, the transplanted kidney failed
just four years later due to a chain of UTIs
resulting in Andrew needing dialysis for the
last six years of his life. Andrew often
lamented about his numerous doctor visits
and hospital stays. Disputing this he would
still often joke with the doctors, and flirt with
the nurses whenever he could, while doing
impressions of his favorite fictional
characters.

Andrews had a deep faith in God which
guided him through his hardships. He was an
active member of the Church of Jesus Christ
of Latter-day Saints, and enjoyed reading the
scriptures, playing and listening to spiritual
music. Andrew had a relationship with and
knew Jesus Christ as his Savior. He was
confident in his promise of eternal life free of
pain and suffering. Andrew now knows this
firsthand and will continue to teach oth
the other side of the vail.

*(Handwritten margin notes:)*

— Had a heart problem then was in hosiptal constally

— Kidney's didnit work had to be watch battroo

— Should have already had one right away (Doctors/Nurse don't make people wait to live)

Why are doctors and nurse flirthy and Joking with a sick, blind man

How can some do a imperssion of "fictional charters", as a blind, sick man How?

How?

🔖 Obituary  ♥ Memories

was preparing to attend Utah State University
and pursue a career in sound engineering.
Because of this goal he was learning to play
the piano.

*— Who was*
*— How (blind and sick)*

Andrew was a happy young man, who had
perfect pitch and rhythm, an excellent
memory, a unique wit and a wry sense of
humor. He was often found drumming on
tables, walls, floors, or any other surface
could find. He could sing any tune he hea
only once or twice. He would always win ɛ
"Name That Tune" or any pop culture trivia
contest. He knew almost everything abou
TV, music, movies, and video games. Andrew
would often rattle off dialog from various
Disney, Marvel, Star Trek, and Star Wars
movies and TV shows. One of Andrew's
greatest pastimes was watching a game
show with his family. Andrew began
watching Jeopardy with his mom before he
was two years old. Andrew also loved puns
and dad-jokes. He would often entertain his
friends and family with his dry and quirky wit.

*41st and 42nd*
~~townchouson~~
*Turnagain st*
*footage of*
*John lewis*
*teaching*
*real kids*
*instruments*

*Blind and Sick*
*( How?)*

*What money*
*game?*
*(Insurence)*

Medical problems were a big part of
Andrew's life. He was born with cataracts in
both eyes, which was annoying in itself, but
that was minor compared to his mal-fo
neurogenic bladder, kidney disease,
congestive heart failure and a pituitary or other

*— How sick can*
*someone be*

📖 Obituary    ❤️ Memories

Andrew is preceded in death by his paternal
grandmother, Donna Henderson and his
step-grandfather Robert. He is survived by
his paternal grandfather James Roy Payne,
his step-grandmother Diana, his maternal
grandparents William Leroy and Gail Elaine
(Smith) Bair, his parents Shawn Bryan and
Kasondra Lynn (Bair) Payne, his brother
Jacob Michael, and his sister Rebekah Mary.
He is also survived by numerous aunts,
uncles, cousins, and friends.

*How?*

*All same last names, that are involved*

Andrew, we are so blessed to know your fun
sweet spirit, and we miss you already. Your
earthly mission is complete, and you have
been called to serve a new mission beyond
the veil. Wherever you go, we know you are
teaching the gospel with laughter, music and
joy.

A Celebration of Andrew's life will take place
on June 30th, from 3:00 to 6:00 p.m. at the
LDS church at 280 West 1200 North in
Logan, Utah 84341 Please call Myers
Mortuary in Brigham City with any questions
regarding Andrew's Memorial. In leu of
flowers please consider donating to the
family Venmo account.
https://venmo.com/u/Klpayne76

➕



5I

# Edith Paula Renee "Bunnik" King

## 1983 - 2018



—Edith Kakaruk

⬇

How last name King

⬇

Just like Alaska State Trooper (King) Hiland Mountain footage

🌷 Send Flowers

⤴ Share        ⊕ Follow



Send Flowers

Share

*Died on terrost Holiday*

*I'm at ANMC watch Edith Claim not being helped and pass away 1 week later*

*Was Homeless in Wasilla*

E dith Paula Renee King "Bunnik" (her Eskimo name), 35 years, passed away in Anchorage, Alaska, on Sept. 11, 2018. A Funeral Service will be held at 12 p.m. on Friday, Sept. 21, 2018, at the Central Native Lutheran Church, 1420 Cordova Street in Anchorage. Burial will be at Anchorage Memorial Park Cemetery. A potluck will be held at the Central Native Lutheran Church after Burial; please bring a dish to share. Pastor Karen will be officiating. Pallbearers are: John Kakaruk, Walter Kakaruk, John Japp and David DelReal. Edith was born on Aug. 20, 1983, in Bethel, Alaska, daughter to Katherine King. Edith was named after her aunt, the late Edith Kakaruk, by her grandmother Elsie Kakaruk. Edith went to West Anchorage High School. She worked at the Anchorage Sea Galley. She was a member of the Central Native Lutheran Church. One of her favorite hobbies was reading the bible. The family wrote: "Edith loved ch̶i̶l̶...̶ ̶ ̶ ̶ ̶ ̶ ̶ieces,

*Trailor Park (Jewel lack 2014 police case How do you know me with your lifestyle and living conditions*

THE ORGANIC SNACK
THAT GOES EVERYWHERE
WHOLE FOODS
MARKET

Claim: 5 ✱

Immagrint — Irrates people once
The pentagon — Rules made,   without overseas

Anchorage Alaska Officers Lying about being on a investigation of Tamisha

VSB VR of Being a Grant
Them showing no Respect   orage Police   → College View Officers

Stolen Hypnosis Technology: To confuse and forget, brain tumor Attack   Then uses tech not to die

Stolen Deep fake audio Technology: he screams and yells at friends and says delusions and tries to convince of being me   1920 Ala nona Blvd

Stolen Nano Technology: recording us it to remind me of what crime he committed and his delusions in images   Checked out from base

Stolen Camouflage Technology: so, he can do what he wants and thinks its legal by hiding

To beg and pleg, attack, sexually harass, impersonate, and cause delusional shit   Wants something
2007, 2012, 2021,

PFD Child support Planning Paycheck

Living conditions: Homeless officer did something and is refusing to leave after lying to actual police
2015 lawsuite Ferritha Leonica   Tamisha Fixed body 3x   mom, self, Dad

Jail : Police officer chapman's son- Basis of Jurisdiction

Police officer chapmans son is the one thinking he is also child from me, he doses break entries and tried to be a nuring baby and claim delusions of annoying me becase of black milk maid stories. Annoyed me at the buss with his wife claiming delusions of being Mr. Grant
not a tourist — Officer that ran to the base to check out that is a goverment technology for what

Lair to police and people in my house: Alkebu Lewis – Basis of jurisdiction   worker - Delusions

This is my brother that annoys us on purpose with his friends will and arron

Broke in tech with claim God

Alkebu thinks he own houses and belongs just like kamisha and white man john lewis

They works together on annoying to be there child with tamika lewis made up the wedding shit with her friends.   Defhinaize me   This Deep fake and as COVID-19 -1965   Earthquakes ash falling from the sky Showing during summer

They know how to break into technology, Investigations

Man annying us for ?: David chinnamon- basis of jurisdictions

Claims to be finesses man and works with elijah on delusions for money belongs and wedding after said no they mad

knew this was illegley

5L

Courthouse : Paul Olson- Basis of jurisdiction

Sends sharleen olson or wilson to annoy real child to be out of own hose and begging for cloths and sex. Make look like pentagon but is breaking pentagon rules and regulations

Doctor offices: why they at the doctors offices lying about being on a investigation to hold hostage with technology

School house: use technology to stalk and annoy grade with technology can claim delusions of something, middle school. Levi katz midet white boy , nicolas mason midget black man, lisa damon go's to school belongs in trailer to annoy people with money for belongs white trailer park friends.

Belongs of tamisha: stolen by team on investigation claiming delusions, be wants something in return

Homeland security report: its to get officers in regulation, and yes this person did disturb me

This team of people are under arrest



Rogue OFFICER's- Rogue robot -Broke officer- Thief of technology from the military base-thinks back 1800's- Type of Entrapment with technology (radio frequency waves) TO TERARISE

Anchorage Alaska Officers Lying about being on an investigation of Tamisha

Stolen Hypnosis Technology: To confuse and forget, then runs to doctors' office to cause medical malpractice also fake criminal charges, then gets caught then uses the technology not to die

Stolen Deep fake audio Technology: he screams and yells at friends and says delusions and tries to convince of being me, stalks conversations and claims mad over stalking and annoying and caught. Nobody is talking to his ass in past conversations and get mad over his delusions of his attack so I can talk shit in my house to friends and family member

Stolen Nano Technology: recording us it to remind me of what crime he committed and his delusions in images, records things he does to people because he's weird then claims somebody else did it but is the same person. MAKES SEE THINGS THAT NEED TO BE DONE AND DISTURBES WITH IMAGES

Stolen Camouflage Technology: so, he can do what he wants and thinks its legal by hiding to beg and pleading, attack, sexually harass, impersonate, and cause delusional shit. Takes Image of place that's not here then claim delusions in them like works for pentagon

RAN TO Airport: makes up investigation to stalk and plans on weird things at airport, job, trust passing, thinks in can only leave when he can or if he plans on it (1920 ALA MONA BLVD)

RAN TO Bank: Looks over shoulder for money to steal, follows at atm, lies about being on investigation at businesses to Claim DPA and there not

RAN TO Church: lie about pope, frames of possessed, wants me to sue the church, thinks he's God causing earthquakes, snowing during summer, ash falling from the sky,

RAN TO Jobs: plans on investigation for people claiming (delusions)then wants to work place for what, then harasses us after planning on investigation for us to work there



RAN TO Spca: thinks random animal are showing up and there him (would entrap some to thinks he's an animal to get close to then harass), shows animals being place with an image to attack and scare, then shows weird nasty bestiality, dig up animals, animal parts (bootyhole) All with technology

RAN TO Living conditions: Homeless officer did something and is refusing to leave after lying to actual police. So go to housing and hold hostage by lying about being on an investigation WHAT THEY DID ( TEAM TECHNOLOOGY)

RAN TO Jail: Police officer chapman's son- Basis of Jurisdiction. Police officer Chapmans son is the one thinking he is also child from me, he doses break entries and tried to be a nursing baby and claim delusions of annoying me because of black milk maid stories. Annoyed me at the buss with his wife claiming delusions of being Mr. Grant, throws poop (Two girl one cup), Use technology to make us masturbate

RAN TO Lair to police and people in my house: Alkebu Lewis – Basis of jurisdiction This is my brother that annoys us on purpose with his friends will and Arron(TIRED TO MAKE ME MOM)

Alkebu thinks he own houses and belongs just like kamisha and white man john lewis

They work together on annoying to be their child with tamika lewis made up the wedding shit with her friends.

RAN TO Man, annying us for?: David chinnamon- basis of jurisdictions

Claims to be finesses man and works with elijah on delusions for money belongs and wedding after said no they mad ( HIDING IN HOUSE TO CALL FRIENDS THEN WANTS TO HARASS FOR DEULUSIONS)

RAN TO Courthouse: Paul Olson- Basis of jurisdiction Sends sharleen olson or wilson to annoy real child to be out of own hose and begging for cloths and sex. Make look like pentagon but is breaking pentagon rules and regulations

RAN TO Doctor offices: why they at the doctor's offices lying about being on an investigation to hold hostage with technology make malpractice

RAN TO School house: use technology to stalk and annoy grades with technology then claim delusions of something, middle school. Levi katz midet white boy, nicolas mason midget black man, lisa damon goes to school belongs in trailer to annoy people with money for belongs white (kkk) trailer park friends.

RAN TO Belongs of tamisha: stolen by team on investigation claiming delusions, be wants something in return



TAMISHA RAN TO Homeland security report: it's to get officers in regulation, and yes, this person did disturb me

This team of people are under arrest

Claim 2: On or about __2015 - 2025_____, my civil right to
<span>(Date)</span>
__Freedom, Freedom from Cruel and Unusal punishment__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by ___Alaska State Troopers_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

They annoy me at the courthouse
for what reason there trying
to blame me of being there
coworker for what reason?

They intentionally made up
a delusional police investigation
with out authorzation to do
what there doing and what
there really supposed to be doing
(is?) so they tried to make
me look like someones wife and
daughters for what?

Claim 3: On or about **2015 - 2025**, my civil right to
(Date)
**Freedom, Freedom from Cruel and Unusal Punishment**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by **U.S Air Force**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

They keep this person claiming
there a maid sent by my
fathr to annoy me for
ransom, wedding, relations with
it's friend and family members

So they could claim there on
what investigation?

There hidding what information,
they play games or not understanding
to leave me the fuck alone for
there own personal/fnacial benfit

So they annoy with TV shows,
Movies, Books, Music, ect, claiming
delusions of being control of
what with technology

(claiming me) I NOT your fucking
mommy or fucking
maid) or fucking friend,
or fucking relative or
fucking wife or sexual
partner

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __X__ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Tamisha lewis-Junge

Defendant(s): Daryel payne, Boney Courthouse, Nesbett Courthay

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____ Teddy Shoyray

Approximate date case was filed: _____ Date of final decision: _____ Chardo

Disposition: __✓__ Dismissed _____ Appealed _____ Still pending Elliott

Issues Raised: Dismissed Evidence (Footage

b. Lawsuit 2:

Plaintiff(s): Tamisha lewis· Junge

Defendant(s): David Chinamon, Emily Cheppman, Kyle Hamba
Mr. Crant, Keith Bouiloy, Robert Birtch, Corey Jensi,
Name and location of court: Nesbett Courthas Ahg
Zeta
Docket number: _____ Name of judge: _____ Yesdes

Approximate date case was filed: _____ Date of final decision: _____ John

Disposition: __✓__ Dismissed _____ Appealed _____ Still pending Kakaruk,
Charlie
Issues Raised: Dismissed Evidence (Footage) Kakaruk

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 40,000,000

2. Punitive damages in the amount of $ 40,000,000

3. An order requiring defendant(s) to To leave me the fuck alone and give back my baby

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Anchorage, AK_ on _10/21/2025_
                 (Location)                    (Date)

_Jennifer Lee-Linge_
(Plaintiff's Original Signature)

_____          _____
Original Signature of Attorney (if any)          (Date)

_____
_____
_____
Attorney's Address and Telephone Number